**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00012-REB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

PETER GRIGG,

       Defendant.

---

## ORDER TERMINATING PROBATION

---

       This matter coming to the attention of the Court on the report of the probation officer of this Court, and the Court being fully advised in the premises, and it appearing that Defendant has made a satisfactory adjustment, has complied with all orders of the Court, and that he would not derive further benefit from continued probation, it is

       ORDERED that the probation order heretofore entered on the 19th day of November, 2009, placing the above-named Defendant on probation be and the same is terminated, and the Defendant is released from the conditions of said order.

       DATED at Denver, Colorado, June 27, 2012.

                       BY THE COURT:

                       _Bob Blackburn_
                       Robert E. Blackbum
                       United States District Judge